IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ARISTIDE REYES-NOVA<br>a/k/a Juan Cealio López<br>a/k/a Cecilio López-Saniava<br>a/k/a Arritta Reya<br>a/k/a Aritide Reye<br>a/k/a Aristises Reyes-Nova<br>Defendant | CRIMINAL 11-0167CCC |

# O R D E R

Having considered the Report and Recommendation filed on June 24, 2011 (**docket entry 28**) on a Rule 11 proceeding of defendant Arístide Reyes-Nova (1) held before U.S. Magistrate Judge Marcos E. López on June 21, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Arístide Reyes-Nova is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 21, 2011. The **sentencing hearing is set for September 21, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on July 8, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge